# APPENDICES

# Aplt. App. #1

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

'05  SEP 21  P 4 :47

RALPH L. DELOACH
CLERK
BY _____
AT WICHITA. KS.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | Case No. 05-10080-01-WEB |
| | } | |
| ANTHONY R. ROMERO, | } | |
| a/k/a VICTOR HUGO GONZALES, | } | |
| | } | |
| Defendant. | } | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

That on or about December 12, 2003, in the District of Kansas,

### ANTHONY R. ROMERO, a/k/a VICTOR HUGO GONZALES

the defendant herein, did knowingly and intentionally possess with intent to distribute

approximately four hundred twenty-seven (427) grams of a mixture or substance

containing a detectable amount of marijuana, a controlled substance,

In violation of Title 21, United States Code, Section 841 (a)(1).

### COUNT 2

That on or about June 17, 2004, in the District of Kansas,

### ANTHONY R. ROMERO, a/k/a VICTOR HUGO GONZALES

the defendant herein, did knowingly and intentionally possess with intent to distribute

approximately 5,235 grams of a mixture or substance containing a detectable amount

of marijuana, a controlled substance.

In violation of Title 21, United States Code, Section 841 (a)(1).

## COUNT 3

That on or about April 10, 2005, in the District of Kansas,

**ANTHONY R. ROMERO, a/k/a VICTOR HUGO GONZALES**

the defendant herein, did knowingly and intentionally possess with intent to distribute

fifty (50) grams or more of a mixture or substance containing a detectable amount of

cocaine base, a controlled substance,

In violation of Title 21, United States Code, Section 841 (a)(1).

A TRUE BILL.

9/20/05
_____
Date

_____
Foreman of the Grand Jury

_____
ERIC F. MELGREN
United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas  67202
(316) 269-6481
Kan. Sup. Ct. No. 12430

[It is requested that jury trial be held in Wichita, Kansas.]

Returned in open court this 21st day of September, 2005.

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Aplt. App. #2

AO 245B (Rev. 06/05) - Judgment in a Criminal Case

# United States District Court
## District of Kansas

UNITED STATES OF AMERICA
v.
ANTHONY R. ROMERO
AKA VICTOR HUGO GONZALES

**JUDGMENT IN A CRIMINAL CASE**

Case Number:    6:05CR10080-001

USM Number:    19267-031

Defendant's Attorney John K. Henderson

## THE DEFENDANT:

[ ]    pleaded guilty to count(s): __.
[ ]    pleaded nolo contendere to count(s) ___ which was accepted by the court.
[x]    was found guilty on count(s) 1, 2 and 3 of the Superseding Indictment  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Marijuana | 12/12/03 | 1 |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Marijuana | 06/17/04 | 2 |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine Base | 04/10/05 | 3 |

The defendant is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on count(s)  ___ .

[x]    Count(s) of the Indictment  (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

02/27/06
Date of Imposition of Judgment

s/Wesley E. Brown
Signature of Judge

Honorable Wesley E. Brown, Senior U. S. District Judge
Name & Title of Judge

March 1, 2006
Date

ELECTRONICALLY FILED
Date 3-2-06  Time _____
Document # 48

AO 245B (Rev. 06/05) Judgment in a Criminal Case---Imprisonment

| | |
|---|---|
| DEFENDANT: | ANTHONY R. ROMERO |
| | AKA VICTOR HUGO GONZALES |
| CASE NUMBER: | 6:05CR10080-001 |

Judgment - Page 2 of 7

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>160 months</u> .

Count 1: 60 months.
Count 2: 60 months.
Count 3: 160 months.
Said terms of all counts to run concurrently with each other.

[ ]    The Court makes the following recommendations to the Bureau of Prisons:


[x]    The defendant is remanded to the custody of the United States Marshal.


[ ]    The defendant shall surrender to the United States Marshal for this district.

[ ] at ___ on ___.

[ ] as notified by the United States Marshal.


[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before _ on ___.

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By  _____
Deputy U.S. Marshal

AO 245B (Rev. 06/05) Judgment in a Criminal Case —-Supervised Release

| | |
|---|---|
| DEFENDANT: | ANTHONY R. ROMERO |
| | AKA VICTOR HUGO GONZALES |
| CASE NUMBER: | 6:05CR10080-001 |

Judgment - Page 3 of 7

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years .

Count 1: 2 years.
Count 2: 2 years.
Count 3: 5 years.
Said terms of all counts to run concurrently with each other.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable)

[x]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable)

[x]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable)

[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check if applicable)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check if applicable)

If this judgment imposes a fine or restitution, it is to be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)     the defendant shall not leave the judicial district without permission of the court or probation officer;
2)     the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)     the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)     the defendant shall support his or her dependants and meet other family responsibilities;
5)     the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)     the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)     the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)     the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)     the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Judgment in a Criminal Case –-Supervised Release

| DEFENDANT: | ANTHONY R. ROMERO | |
|---|---|---|
| | AKA VICTOR HUGO GONZALES | Judgment - Page 4 of 7 |
| CASE NUMBER: | 6:05CR10080-001 | |

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or other dangerous weapon.

2. The defendant shall abstain from the use of alcohol during the term of supervision.

3. Upon completion of the term of imprisonment, the defendant is to be surrendered to a duly authorized immigration official for deportation in accordance with the established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. 1101 - 1524. If ordered deported, the defendant shall not unlawfully reenter the United States.

4. The defendant shall participate in an approved program for substance abuse, which may include drug/alcohol testing, counseling and inpatient treatment, and share in the costs, based on the ability to pay.

AO 245B (Rev.06/05) Judgment in a Criminal Case---Criminal Monetary Penalties

| DEFENDANT: | ANTHONY R. ROMERO | |
|---|---|---|
| | AKA VICTOR HUGO GONZALES | Judgment - Page 5 of 7 |
| CASE NUMBER: | 6:05CR10080-001 | |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 300 | $ | $ |

[ ]    The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]    The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|---|
| Totals: | $ _ | $_ | | |

[ ]    Restitution amount ordered pursuant to plea agreement $ _

[ ]    The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]    The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[ ]    the interest requirement is waived for the    [ ] fine and/or    [ ] restitution.

[ ]    the interest requirement for the    [ ]    fine and/or    [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev.06/05) Judgment in a Criminal Case---Criminal Monetary Penalties

| DEFENDANT: | ANTHONY R. ROMERO | |
|---|---|---|
| | AKA VICTOR HUGO GONZALES | Judgment - Page 6  of  7 |
| CASE NUMBER: | 6:05CR10080-001 | |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    [ ]    Lump sum payment of $ due immediately, balance due

     [ ]    not later than _____ , or

     [ ]    in accordance with ( ) C, ( ) D, ( ) E, or ( ) F below; or

B    [x]    Payment to begin immediately (may be combined with ( ) C,  ( ) D, or (x) F below); or

C    [ ]    Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period of __
     years to commence __ days after the date of this judgment; or

D    [ ]    Payment of not less than 10% of the funds deposited each month into the inmate's trust fund account and monthly installments
     of not less than 5% of the defendant's monthly gross household income over a period of  __ years, to commence __ days after
     release from imprisonment to a term of supervision; or

E    [ ]    Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment.
     The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    [x]    Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 259, 500 State Avenue, Kansas City, Kansas 66101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

     [ ]    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount Joint and Several Amount and corresponding payee, if appropriate.

| Case Number (including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

     [ ]    The defendant shall pay the cost of prosecution.

     [ ]    The defendant shall pay the following court cost(s):

     [ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, (8) costs, including cost of prosecution and court costs.

AO 245B (Rev. 06/05) Judgment in a Criminal Case---Denial of Federal Benefits
_____

| | |
|---|---|
| DEFENDANT: | ANTHONY R. ROMERO |
| | AKA VICTOR HUGO GONZALES |
| CASE NUMBER: | 6:05CR10080-001 |

Judgment - Page 7 of 7

# DENIAL OF FEDERAL BENEFITS
### (For Offenses Committed on or After November 18, 1988)

## FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 862

IT IS ORDERED that the defendant shall be:

[x]   ineligible for all federal benefits for a period of 5 years .

[ ]   ineligible for the following federal benefits for a period of _.

(specify benefit(s))


### OR

[ ]   Having determined that this is the defendant's third or subsequent conviction for distribution of controlled substances, IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

## FOR DRUG POSSESSORS PURSUANT TO 21 U.S.C. § 862(b)

IT IS ORDERED that the defendant shall:

[ ]   be ineligible for all federal benefits for a period of _.

[ ]   be ineligible for the following federal benefits for a period of _.
(specify benefit(s))



[ ]   successfully complete a drug testing and treatment program.

[ ]   perform community service, as specified in the probation and supervised release portion of this judgment.

[ ]   Having determined that this is the defendant's second or subsequent conviction for possession of a controlled substance, IT IS FURTHER ORDERED that the defendant shall complete any drug treatment program and community service specified in this judgment as a requirement for the reinstatement of eligibility for federal benefits.


Pursuant to 21 U.S.C.§ 862(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility.  The clerk is responsible for sending a copy of this page and the first page of this judgment to:

U.S. Department of Justice, Office of Justice Programs, Washington, DC 20531


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, (8) costs, including cost of prosecution and court costs.

# Aplt. App. #3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

```
UNITED STATES OF AMERICA,        }
        Plaintiff,               }
                                 }
        vs.                      }      Case No.   05-10080-01 WEB
                                 }
ANTHONY R. ROMERO,               }
        Defendant.               }
_____  }
```

## NOTICE OF APPEAL

NOTICE is hereby given that the above-named defendant, Anthony R. Romero, hereby appeals to the United States Court of Appeals for the Tenth Circuit, from the judgment and sentence imposed on the 27th day of February, 2006, filed with the Court the 2nd day of March, 2006, and entered on the docket the 2nd day of March, 2006.

Respectfully submitted,

s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

ELECTRONICALLY FILED
Date 3-8-06  Time
Document # 49

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2005, I electronically filed the foregoing NOTICE OF APPEAL with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

     D. Blair Watson
     Assistant U.S. Attorney
     301 N. Main, Suite 1200
     Wichita, KS  67202

one copy mailed to:

     Anthony R. Romero
     Reg. No. 19267-031
     c/o CCA LEAVENWORTH
     100 Highway Terrace
     Leavenworth, KS 66048


                         s/John K. Henderson, Jr.
                         JOHN K. HENDERSON, JR.
                         Sup. Ct. No. 19022
                         Assistant Federal Public Defender
                         Federal Public Defender Office
                         301 N. Main, Suite 850
                         Wichita, KS 67202
                         Telephone: (316) 269-6445
                         Fax: (316) 269-6175
                         E-mail: John_Henderson@fd.org

# Aplt. App. #4

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,      }
        Plaintiff-Appellee,    }
                               }
    vs.                        }        Case No.  06-3092
                               }
ANTHONY R. ROMERO,             }
        Defendant-Appellant.   }
_____}

## MOTION FOR EXTENSION OF TIME

COMES NOW, John K. Henderson, Jr., Assistant Federal Public Defender for the District of Kansas, and moves this Court for an Order continuing the time for filing the brief of defendant-appellant for an additional 30 days.  In support of said motion, counsel states:

1.  No requests for additional time in which to file appellant's brief have been filed in this case.

2.  Appellant's brief is due in this case on Monday, June 26, 2006.  This Motion for Extension of Time is being filed at least five days before the due date, pursuant to Rule 27.4.4 of the Rules of Court for the United States Court of Appeals for the Tenth Circuit.

3.  Defendant is in custody.

4.  Counsel for the government, Brent I. Anderson, does not oppose this request for extension of time to file the brief in this cause.

5.  Counsel asserts to this Court that counsel cannot, with due diligence, complete the brief in this case within the time

limitations which exist at present.

6. Counsel assures this Court that no additional requests for additional time will be necessary, and that counsel, by asking for an extension of 30 days, has not asked for any more days than is necessary to complete the brief.

WHEREFORE, counsel for appellant requests an additional 30 days from June 26, 2006, or until July 26, 2006, in which to file appellant's brief.

_____
JOHN K. HENDERSON, JR.


s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

2

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing Motion for Extension of Time was duly mailed (Federal Express) and an electronic submission provided in digital format was sent via e-mail to the following on this 19th day of June, 2006, to:

Original plus three copies and email to:

> Ms. Elisabeth Shumaker
> Clerk of Court
> Tenth Circuit Court of Appeals
> 1823 Stout Street
> The Byron White U.S. Courthouse
> Denver, Co 80257

one copy was hand delivered and one copy e-mailed to:

> Brent I. Anderson
> Assistant U.S. Attorney
> 301 N. Main, Suite 1200
> Wichita, KS 67202

one copy mailed regular mail to:

> Anthony R. Romero, Reg. No. 19267-031
> c/o FCI OAKDALE
> Federal Correctional Institution
> P.O. Box 5000
> Oakdale, LA 71463

JOHN K. HENDERSON, JR.

s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

3

## CERTIFICATE OF DIGITAL SUBMISSION

I certify the following:

1. All required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk, and

2. The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Symantec AntiVirus Corporate Edition, Program Versions 8.1.0.825, updated 1/23/2006 rev.6, and, according to the program, are free of viruses.

JOHN K. HENDERSON, JR.

s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

4

# Aplt. App. #5

F I L E D
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

JUN 20 2006

FOR THE TENTH CIRCUIT

ELISABETH A. SHUMAKER
Clerk

UNITED STATES OF AMERICA,  }
    Plaintiff-Appellee,  }
                 }
vs.  }    Case No.  06-3092
                 }
ANTHONY R. ROMERO,  }
    Defendant-Appellant.  }

NO FURTHER EXTENSIONS MAY BE
GRANTED ON THE CLERK'S AUTHORITY

**GRANTED**
Appellant's brief
due 7-26-06
JUN 20 2006
ELISABETH A. SHUMAKER
BY:
Deputy Clerk

### MOTION FOR EXTENSION OF TIME

COMES NOW, John K. Henderson, Jr., Assistant Federal Public Defender for the District of Kansas, and moves this Court for an Order continuing the time for filing the brief of defendant-appellant for an additional 30 days. In support of said motion, counsel states:

1. No requests for additional time in which to file appellant's brief have been filed in this case.

2. Appellant's brief is due in this case on Monday, June 26, 2006. This Motion for Extension of Time is being filed at least five days before the due date, pursuant to Rule 27.4.4 of the Rules of Court for the United States Court of Appeals for the Tenth Circuit.

3. Defendant is in custody.

4. Counsel for the government, Brent I. Anderson, does not oppose this request for extension of time to file the brief in this cause.

5. Counsel asserts to this Court that counsel cannot, with due diligence, complete the brief in this case within the time

Federal Public Defender

JUN 22 2006

Wichita, Kansas

limitations which exist at present.

6. Counsel assures this Court that no additional requests for additional time will be necessary, and that counsel, by asking for an extension of 30 days, has not asked for any more days than is necessary to complete the brief.

WHEREFORE, counsel for appellant requests an additional 30 days from June 26, 2006, or until July 26, 2006, in which to file appellant's brief.


_____
JOHN K. HENDERSON, JR.


s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that the above and foregoing Motion for Extension of Time was duly mailed (Federal Express) and an electronic submission provided in digital format was sent via e-mail to the following on this 19th day of June, 2006, to:

Original plus three copies and email to:

    Ms. Elisabeth Shumaker
    Clerk of Court
    Tenth Circuit Court of Appeals
    1823 Stout Street
    The Byron White U.S. Courthouse
    Denver, Co  80257

one copy was hand delivered and one copy e-mailed to:

    Brent I. Anderson
    Assistant U.S. Attorney
    301 N. Main, Suite 1200
    Wichita, KS 67202

one copy mailed regular mail to:

    Anthony R. Romero, Reg. No. 19267-031
    c/o FCI OAKDALE
    Federal Correctional Institution
    P.O. Box 5000
    Oakdale, LA 71463

                    JOHN K. HENDERSON, JR.

                     s/John K. Henderson, Jr.
                     JOHN K. HENDERSON, JR.
                     Sup. Ct. No. 19022
                     Assistant Federal Public Defender
                     Federal Public Defender Office
                     301 N. Main, Suite 850
                     Wichita, KS 67202
                     Telephone: (316) 269-6445
                     Fax: (316) 269-6175
                     E-mail: John_Henderson@fd.org

## CERTIFICATE OF DIGITAL SUBMISSION

I certify the following:

1.  All required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk, and

2.  The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Symantec AntiVirus Corporate Edition, Program Versions 8.1.0.825, updated 1/23/2006 rev.6, and, according to the program, are free of viruses.

JOHN K. HENDERSON, JR.

s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

4

# Aplt. App. #6

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| Plaintiff-Appellee, | } | |
| | } | |
| vs. | } | Case No.  06-3092 |
| | } | |
| ANTHONY R. ROMERO, | } | |
| Defendant-Appellant. | } | |
| | } | |

## SECOND MOTION FOR EXTENSION OF TIME

COMES NOW, John K. Henderson, Jr., Assistant Federal Public Defender for the District of Kansas, and moves this Court for an Order continuing the time for filing the brief of defendant-appellant for an additional 30 days.  In support of said motion, counsel states:

1. Counsel for appellant Romero informs the Court that he has previously requested and been granted a 30 day continuance in which to file appellant's brief in this case.  The current deadline is July 26, 2006.  This Second Request for Motion for Extension of Time is being filed at least five days before the due date, pursuant to Rule 27.4.4 of the Rules of the Court for the United States Court of Appeals for the Tenth Circuit.

2. Counsel for appellant Romero recently completed an appeal brief in USA v. Martin Edward Cole, Appeal Case No. 06-3072 and two oral arguments in USA v. Gerardo Valtierra-Rojas, Appeal Case No. 05-3390, and USA v. Ignacio Zavala, Appeal Case No. 05-3353.  In addition, counsel for appellant is preparing for a jury trial in District Court in Wichita, Kansas, in USA v. James Baker, Case No.

06-10129-01 JTM.  The brief in this matter is due the same date as the brief for another attorney in this office supported by the same support staff who is supporting counsel for appellant Romero.

3.  Appellant is in custody.

4.  Counsel for the government, Brent I. Anderson, does not oppose this request for extension of time to file the brief in this cause.

5.  Counsel asserts to this Court that counsel cannot, with due diligence, complete the brief in this case within the time limitations which exist at present.

6.  Counsel assures this Court that no additional requests for additional time will be necessary, and that counsel, by asking for an extension of 30 days, has not asked for any more days than is necessary to complete the brief.

WHEREFORE, counsel for appellant requests an additional 30 days from July 26, 2006, or until August 25, 2006, in which to file appellant's brief.

JOHN K. HENDERSON, JR.

s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

2

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Motion for Extension of Time was duly mailed (Federal Express) and an electronic submission provided in digital format was sent via e-mail to the following on this 19th day of July, 2006, to:

Original plus three copies and email to:

    Ms. Elisabeth Shumaker
    Clerk of Court
    Tenth Circuit Court of Appeals
    1823 Stout Street
    The Byron White U.S. Courthouse
    Denver, Co  80257

one copy was hand delivered and one copy e-mailed to:

    Brent I. Anderson
    Assistant U.S. Attorney
    301 N. Main, Suite 1200
    Wichita, KS 67202

one copy mailed regular mail to:

    Anthony R. Romero, Reg. No. 19267-031
    c/o FCI OAKDALE
    Federal Correctional Institution
    P.O. Box 5000
    Oakdale, LA 71463

JOHN K. HENDERSON, JR.

s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

3

## CERTIFICATE OF DIGITAL SUBMISSION

I certify the following:

1.  All required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk, and

2.  The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Symantec AntiVirus Corporate Edition, Program Versions 8.1.0.825, updated 1/23/2006 rev.6, and, according to the program, are free of viruses.

JOHN K. HENDERSON, JR.

s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

# Aplt. App. #7

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

   v.

ANTHONY R. ROMERO, also known as
Victor Hugo Gonzales,

      Defendant - Appellant.

No. 06-3092

Federal Public Defender

JUL 2 4 2006

Wichita, Kansas

### ORDER

Filed July 21, 2006

Before **KELLY** and **McCONNELL**, Circuit Judges.

This matter is before the Court on Appellant's Second Motion for Extension of Time. The motion is granted. Appellant's brief shall be served and filed on or before August 25, 2006.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by:
Deputy Clerk