# ATTACHMENTS

# Attachment #1



# Attachment #2

INTERVIEW

CASE NO: 05C26116

PAGE: 1

DR:  DET. K. D. REAL, #1777
AR:  ANTHONY ROMERO

DR:  THIS IS DET. K. D. REAL, #1777. THE TIME IS 1902 HRS. AUGUST 2ND, 2005. THE FOLLOWING WILL BE AN INTERVIEW WITH ANTHONY ROMERO REFERENCE CASE #05C26116. WE ARE CURRENTLY IN THE NARCOTICS OFFICE, 4TH FLOOR OF THE CITY BUILDING, INTERVIEW ROOM #1. REAL QUICK, ANTHONY, ARE YOU UNDER THE INFLUENCE OF ANY ALCOHOL RIGHT NOW?

AR:  NO. I JUST DRINK ONE LIKE EARLY AND THEN LIKE LUNCH TIME.

DR:  A BEER?

AR:  YEAH.

DR:  OK. AND THAT WAS SEVERAL HOURS AGO?

AR:  ABOUT…MAYBE ABOUT FIVE HOURS AGO.

DR:  FIVE HOURS AGO?

AR:  YEAH.

DR:  AND JUST ONE BEER?

AR:  YEAH.

DR:  BUT YOU'RE…ARE YOU DRUNK OR BUZZED OR ANYTHING RIGHT NOW?

AR:  HUH-NH (NEGATIVE).

DR:  OK.

AR:  I'M ALL RIGHT. I JUST….

DR:  YOU UNDERSTAND EVERYTHING THAT'S GOING ON?

AR:  (UNINTELLIGIBLE).

DR:  OK. ANTHONY, HAVE YOU HAD ANY ILLEGAL DRUGS?

AR:  NO. YOU'LL SEE THAT, YOU KNOW.

INTERVIEW

DR:   ANY PRESCRIPTION DRUGS?

AR:   NO.

DR:   ANY RECENT HEAD INJURIES?

AR:   WHAT IS THAT?

DR:   ANY RECENT PROBLEMS WITH YOUR HEAD?  YOU NEVER GOT HIT
        IN YOUR HEAD OR KICKED OR ANYTHING RECENTLY?

AR:   NO, NEVER, NOT LATELY OR NOTHING LIKE THAT.

DR:   OK.  DO YOU READ ENGLISH?

AR:   A LITTLE BIT.

DR:   A LITTLE BIT?

AR:   THAT'S…I CAN UNDER…I CAN UNDERSTAND BUT I DON'T KNOW IF I
        COULD READ SO MUCH WORDS.

DR:   OK, WHAT I'LL DO IS I'LL READ THESE RIGHTS TO YOU.

AR:   UM-HMM (POSITIVE)

DR:   IF YOU'LL JUST FOLLOW ALONG WITH ME.  IF YOU HAVE A
        QUESTION…IF YOU DON'T UNDERSTAND JUST ASK ME AND I'LL
        EXPLAIN IT.

AR:   YEAH.

DR:   OK.  BEFORE WE ASK YOU ANY QUESTIONS YOU MUST
        UNDERSTAND YOUR RIGHTS?  DO YOU UNDERSTAND THAT?

AR:   YEAH.

DR:   OK.  IF YOU UNDERSTAND JUST PUT YOUR INITIALS OUT TO THE
        SIDE FOR ME, OK.  YOU HAVE THE RIGHT TO REMAIN SILENT.  YOU
        UNDERSTAND THAT?

AR:   YEAH.

DR:   OK.  ANYTHING…

AR:   AND THEN THAT…WHAT IS THAT LIKE?

INTERVIEW

DR:    THAT JUST MEANS IF YOU DON'T WANT TO TALK THEN YOU DON'T HAVE TO, YOU CAN JUST KEEP QUIET. ANYTHING YOU SAY CAN BE USED AGAINST YOU IN COURT. DO YOU UNDERSTAND THAT?

AR:    WHAT DOES THAT MEAN?

DR:    THAT JUST...IT MEANS IF YOU DO DECIDE TO TALK TO ME WHATEVER YOU SAY IF IT GOES TO COURT THEN I CAN TELL THE JUDGE AND THE JURY, HEY, THIS IS WHAT ANTHONY TOLD ME, WE CAN USE IT AGAINST YOU IN COURT.

AR:    IS THAT THING...IT CAN HELP ME SOME OR....YOU FIND SOME...

DR:    YEAH, WHATEVER YOU SAY IT CAN HURT YOU OR IT CAN...IT CAN HURT YOU OR IT CAN HELP YOU. WHATEVER YOU SAY CAN COME OUT IN COURT.

AR:    ALL RIGHT.

DR:    OK. YOU HAVE THE RIGHT TO TALK TO A LAWYER FOR ADVICE BEFORE WE ASK YOU ANY QUESTIONS AND TO HAVE HIM WITH YOU DURING QUESTIONING. DO YOU UNDERSTAND THAT?

AR:    YEAH.

DR:    OK. IF YOU CANNOT HIRE A LAWYER THE COURT WILL APPOINT ONE FOR YOU. DO YOU UNDERSTAND THAT?

AR:    YEAH.

DR:    IF YOU DECIDE TO ANSWER QUESTIONS NOW WITHOUT A LAWYER PRESENT, YOU WILL STILL HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME. YOU ALSO HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME UNTIL YOU TALK TO A LAWYER. DO YOU UNDERSTAND THAT?

AR:    (UNINTELLIGIBLE).

DR:    OK. I HAVE READ THIS STATEMENT OF MY RIGHTS AND I UNDERSTAND WHAT MY RIGHTS ARE. DO YOU UNDERSTAND WHAT WE JUST WENT OVER?

AR:    YEAH.

DR:    OK.

AR:    YES.

DR:    YEAH.  AND HAVING THESE RIGHTS IN MIND DO YOU WISH TO TALK
       TO ME NOW?  DO YOU WANT TO CONTINUE TO TALK TO ME WITH...

AR:    YEAH.

DR:    WITH YOUR RIGHTS IN MIND?  OK.  AND THEN IF YOU'LL JUST SIGN
       RIGHT HERE.  OK.

AR:    LIKE I SAID...I DON'T THINK YOU KNOW THAT SOMETHING THAT
       YOU HOLD IT FOR, YOU KNOW, AFTER I LEFT (UNINTELLIGIBLE).

DR:    DO WHAT NOW?

AR:    THERE'S LAUGHING FOR ME, LIKE, OH, YOU GOT CAUGHT, MOTHER
       FUCKER.  I JUST DON'T KNOW, YOU KNOW, THE WHITE
       (UNINTELLIGIBLE).

DR:    OK.

AR:    YOU KNOW.  I...I TRY TO WORK WITH THE POLICE, TALK TO ME OR
       NOTHING, YOU KNOW.

DR:    OK.

AR:    (UNINTELLIGIBLE).

DR:    OK.  AS I SAID, THIS IS DET. K. D. REAL, ID #1777.  THE TIME IS NOW
       1906 HRS. AUGUST 12TH, 2005, CONDUCTING AN INTERVIEW
       REFERENCE CASE #05C26116.  PRESENT IN THE ROOM ARE MYSELF
       AND CAN YOU STATE YOUR NAME FOR ME?  WHAT'S YOUR NAME?

AR:    ANTHONY ROMERO.

DR:    OK.  AND WHAT'S YOUR DATE OF BIRTH, ANTHONY?

AR:    SEPTEMBER 22ND, '78.

DR:    OK.  AND WHAT'S YOUR CURRENT ADDRESS?

AR:    14...1400 E. KAY.

DR:    IN HAYSVILLE?

INTERVIEW

AR:  HAYSVILLE, KS.

DR:  OK. AND ANTHONY, WE JUST WENT OVER YOUR MIRANDA RIGHTS. IS THAT CORRECT?

AR:  YEAH.

DR:  OK. AND YOU UNDERSTAND WHAT YOUR RIGHTS ARE?

AR:  YES, SIR.

DR:  OK. AND YOU DO WISH...DO YOU WISH TO SPEAK WITH ME?

AR:  YES, SIR, (LAUGHS).

DR:  IT'S ALL RIGHT.

AR:  I'M LIKE, OK, I...

DR:  ALL RIGHT. REAL QUICK, WE'LL TALK ABOUT THE CASE EARLIER THIS YEAR. DO YOU REMEMBER SGT. ESPINOZA OUT THERE?

AR:  SGT. ESPINOZA, THAT MEXICAN?

DR:  MEXICAN GUY?

AR:  ON SOUTH MADISON?

DR:  YEAH, ON SOUTH MADISON, DO YOU REMEMBER HIM OUT THERE?

AR:  YEAH.

DR:  YOU...YOU KNOW WHAT INCIDENT I'M TALKING ABOUT?

AR:  YEAH.

DR:  OK, IT WAS...IT STARTED OUT AS A ARGUMENT BETWEEN YOU AND MICHELLE. IS THAT RIGHT?

AR:  YEAH.

DR:  OK. AND THE OFFICERS ASKED YOU FOR PERMISSION TO SEARCH THE HOUSE. IS THAT RIGHT?

AR:  THEY DON'T.

DR: HUH?

AR: THEY DON'T.

DR: THEY DIDN'T ASK YOU?

AR: NO.

DR: OK, DID THEY...I THINK THEY WERE LOOKING FOR YOUR ID, IS THAT RIGHT? CAUSE THEY COULDN'T FIGURE OUT WHO YOU WERE?

AR: YEAH, BUT THEY DON'T ASK ME IF THEY CAN SEARCH THE HOUSE OR NOT.

DR: THEY DIDN'T ASK?

AR: NO.

DR: OK. DID...WERE YOU IN THE CAR AT ONE POINT?

AR: I WAS OUT OF....

DR: THE POLICE CAR?

AR: YEAH, I WAS IN THE CAR IN THE CORNER RIGHT ACROSS...ACROSS THE STREET BY THE HOUSE.

DR: OK. AND THEN I THINK SOME OF THE OFFICERS WERE IN TALKING TO MICHELLE IN THE HOUSE? IS THAT RIGHT?

AR: YEAH, I WASN'T IN THERE WHEN THEY GET THERE.

DR: OH, YOU WEREN'T THERE WHEN THEY GOT THERE?

AR: NO.

DR: OK. THE OFFICERS NEVER ASKED YOU IF THEY COULD LOOK FOR YOUR ID?

AR: NO, I TOLD THEM I HAD IT AT MY HOUSE, THAT'S ALL.

DR: YOU SAID YOU HAD THE ID AT YOUR HOUSE?

AR: YEAH.

05C26116

DR:    OK, DID YOU TELL THEM THEY COULD LOOK FOR IT?

AR:    NOT IN...NOT THAT I REMEMBER RIGHT NOW.

DR:    OK.

AR:    I DON'T KNOW IF I DID OR NOT.

DR:    YOU DON'T REMEMBER IF YOU DID OR NOT?

AR:    NO.

DR:    OK.

AR:    THEY NEVER SAID...THEY NEVER TOLD ME THEY WOULD SEARCH
       THE HOUSE, YOU KNOW WHAT I MEAN?

DR:    OK. BUT YOU DON'T REMEMBER IF THEY ASKED YOU IF THEY
       COULD LOOK FOR YOUR ID?

AR:    NO, I DON'T REMEMBER. BUT I...I DON'T...I DON'T' THINK I TOLD
       THEM THEY CAN LOOK.

DR:    OK, BUT YOU DON'T REMEMBER?

AR:    NO, I DON'T REMEMBER.

DR:    OK.

AR:    I...I KNOW I DON'T TOLD THEM THEY CAN LOOK, THOUGH  THEY
       KNOW I DON'T HAVE THE ID BUT THEY TRY, YOU KNOW, THEY'RE
       LOOKING.

DR:    OK. AT ANY RATE, THE OFFICERS FOUND SOME DRUGS IN YOUR
       HOUSE. IS THAT RIGHT?

AR:    YES.

DR:    OK. AND WHAT ALL DID THEY FIND?

AR:    I'M NOT SURE WHAT THA...WHAT ELSE THEY FIND.

DR:    OK.

AR:    BUT I KNOW THEY HAD THIS (UNINTELLIGIBLE) IN THE LITTLE BOX.

INTERVIEW

DR:    THE LITTLE BOX?  WHAT WAS IN THERE?

AR:    IT WAS...I THINK IT WAS MY OWN WEED IN THERE.

DR:    YOU HAD SOME WEED IN THERE?

AR:    NO, BUT I DON'T HAVE A...I DON'T THINK I HAD THAT MUCH, I JUST...

DR:    JUST A LITTLE BIT.

AR:    A COUPLE CIGARETTES.

DR:    A COUPLE...LIKE JOINTS?

AR:    YEAH, THAT'S ALL.

DR:    ALL RIGHT.  AND THEN IN THE...IN THE FRONT CLOSET THEY FOUND A PLASTIC BAG, YOU KNOW WHICH ONE I'M TALKING ABOUT, RIGHT?

AR:    WHAT FRONT CLOSET?

DR:    IN THE CLOSET IN THE HOUSE?

AR:    YEAH.

DR:    THEY FOUND A PLASTIC BAGGIE.

AR:    YEAH.

DR:    YOU KNOW WHICH ONE I'M TALKING ABOUT?

AR:    YEAH.

DR:    OK, WHERE DID THAT COME FROM?

AR:    I HOLDING FOR A FRIEND OF MINE.

DR:    YOU WERE HOLDING IT FOR A FRIEND?

AR:    YES.

DR:    AND WHAT WAS HIS NAME?

AR:    JUVI.

DR:     JUVI?

AR:     JUVI, JUVI.

DR:     HOW OLD IS HE?

AR:     I THINK HE'S LIKE 33.

DR:     33.

AR:     SOMETHING LIKE THAT, I KNOW HIM...BUT I DON'T KNOW HIS RAL
        AGE, YOU KNOW WHAT I MEAN?

DR:     OK. AND HE JUST ASKED YOU TO HOLD IT FOR HIM?

AR:     YEAH, AH, I...I GOT IT FROM HIM WHEN I TAKE HIM HOME.

DR:     UM-HMM (POSITIVE).

AR:     I JUST HOLD IT FOR HIM.

DR:     OK.

AR:     YEAH. MICHELLE DOESN'T KNOW THAT I GOT IT THERE.

DR:     HE WHAT?

AR:     SHE DOESN'T KNOW...

DR:     MICHELLE DIDN'T...

AR:     NO.

DR:     KNOW ABOUT IT, OK.

AR:     SHE DON'T KNOW NOTHING ABOUT THIS.

DR:     WHERE DID YOU...WHERE DID YOU PICK IT...WHERE DID YOU PICK
        IT UP AT, AT JUVI'S HOUSE?

AR:     NO, I PICK IT UP BUT HE TAKE IT TO OVER MY HOUSE.

DR:     OH, HE BROUGHT IT TO YOUR HOUSE? OK.

AR:    CLOSE TO MY HOUSE AND MAYBE I REMEMBER, NO, I DON'T KNOW
        REALLY KNOWS WHAT...THAT HE KNOWS WHERE I LIVE.

DR:    OK. WHAT...WHAT COLOR WAS THE BAG?

AR:    WHITE.

DR:    WHITE?

AR:    PLASTIC BAG, YEAH.

DR:    WHITE PLASTIC BAG?

AR:    IT WAS ZIPLOC BAG IN...IN THE...INSIDE.

DR:    IT WAS WHAT INSIDE?

AR:    ZIPLOC BAG.

DR:    ZIPLOC BAG?

AR:    YEAH.

DR:    OK. AND WHAT WAS IN THE ZIPLOC BAG?

AR:    THERE WAS THE...I THINK IT WAS OUNCES IN THERE. I DON'T EVEN
        KNOW WHAT IT WAS.

DR:    OUNCES?

AR:    YEAH, BUT I DON'T EVEN KNOW WHAT IT WAS SO THIS OFFICER
        TOLD ME.

DR:    WHAT'D IT LOOK LIKE?

AR:    IT LOOKED LIKE COKE.

DR:    LIKE COKE?

AR:    YEAH, I JUST TOLD...I THOUGHT IT WAS COKE.

DR:    OK.

AR:    I DON'T EVEN KNOW WHAT IT WAS IN THERE.

DR:    SO YOU THOUGHT IT WAS COCAINE BUT YOU WEREN'T SURE?

05C26116

AR:   YEAH.

DR   ALL RIGHT.

AR:   (UNINTELLIGIBLE).

DR:   IT LOOKED LIKE COCAINE TO YOU?

AR:   YEAH, CAUSE I JUST PUT IT IN A, LOOKED LIKE THAT TO ME CAUSE I DON'T EVEN OPEN IT TO SEE IT OR NOTHING.

DR:   OK, DID IT LOOK LIKE CRACK OR COCAINE TO YOU?

AR:   IT LOOKED LIKE COCAINE.

DR:   LIKE COCAINE?

AR:   YEAH.

DR:   OK.

AR:   BUT I DON'T KNOW, YOU KNOW, CAUSE I...THERE WAS...THERE WAS SOME BALLS.

DR:   OK.  IT WAS JUST IN LIKE ROUND BALLS?

AR:   YEAH, LIKE SEPARATE.  I THINK IT WAS SEPARATE, I DON'T KNOW.  I DIDN'T EVEN OPEN IT.  I JUST...I JUST PUT IT UP THERE.

DR:   OK.

AR:   AND ANOTHER ONE...THE...AND THEN AFTER THAT SHE...SHE GETS MAD CAUSE I DON'T TELL...

DR:   MICHELLE DID?

AR:   YEAH.

DR:   OK.  DID JUVI ASK YOU TO SELL IT FOR HIM?

AR:   NO.

DR:   HE JUST WANTED YOU TO HOLD IT?

AR:   NO, JUST HOLD IT, YEAH.

05C26116

INTERVIEW

DR:    WHY DID HE SAY...ASK YOU TO HOLD IT?

AR:    I WAS GONNA HOLD IT CAUSE HE DON'T...HE DON'T WANT TO HAVE
       IT AT HIS HOUSE AND I TOLD HIM, OK, I'LL DO THAT THERE FOR
       YOU, BUT THAT'S IT.

DR:    OK.  DID JUVI TELL YOU HIS HOUSE GOT SEARCHED?

AR:    NO.

DR:    HE NEVER TOLD YOU THAT?

AR:    HE NEVER TOLD ME NOTHING LIKE THAT.

DR:    OK.

AR:    I HEARD...I DON'T HARDLY HEAR NOTHING LIKE THAT, YOU KNOW.

DR:    SO HE JUST ASKED YOU TO HOLD IT CAUSE HE DIDN'T WANT TO
       KEEP IT AT HIS HOUSE?

AR:    YEAH.

DR:    AND HOW LONG DID YOU HAVE IT AT YOUR HOUSE?

AR:    I HAVE IT IN MY HOUSE FOR LIKE A WEEK, I THINK.

DR:    LIKE A WEEK?

AR:    OH, CLOSE TO A WEEK.

DR:    OK.

AR:    FOUR DAYS I THINK, FOUR OR FIVE DAYS.

DR:    OK.  AND YOUR FINGERPRINTS ARE GONNA BE ON IT, CORRECT?

AR:    I KNOW.

DR:    I MEAN YOU...YOU TOUCHED IT AND STUFF.

AR:    (UNINTELLIGIBLE).

DR:    OK.  WHEN WAS JUVI SUPPOSED TO COME PICK IT UP?

AR:   HE WAS SUPPOSED TO PICK IT UP THE NEXT...THE DAY...

DR:   THE NEXT DAY?

AR:   THE NEXT DAY LIKE WHEN THE...WHEN MICHELLE CALL THE COPS...

DR:   UM-HMM (POSITIVE), IT WAS SUPPOSED TO BE THE NEXT DAY?

AR:   YEAH.

DR:   OK. WHAT'S...WHAT'S JUVI DRIVE?

AR:   I DON'T KNOW WHAT HE'S DRIVING RIGHT NOW. HE CHANGE CARS ALL THE TIME.

DR:   WHAT DID HE USE TO DRIVE?

AR:   HE USE TO DRIVE A LITTLE, I THINK IT WAS HONDA, A BLACK HONDA.

DR:   WHEN HE DROPPED IT OFF AT YOUR HOUSE WHAT WAS HE DRIVING?

AR:   HE WAS DRIVING A CAR, A BLACK CAR BUT I DON'T KNOW WHAT...WHAT MAKE IT WAS OR NOTHING.

DR:   WAS IT A BLACK LINCOLN WITH CHROME TRIM?

AR:   YEAH, UM-HMM (POSITIVE)

DR:   THAT...SAME JUVI WE'RE TALKING ABOUT?

AR:   YEAH, YEAH, JUVI... THE ONE...THE....

DR:   CHEPO'S FRIEND?

AR:   YEAH, I THINK...HE STILL HANG UP ALL THE TIME.

DR:   OK. WHAT'S HE DRIVING NOW?

AR:   I DON'T KNOW WHAT...HE DRIVING A BLACK HONDA.

DR:   A BLACK HONDA NOW?

AR:   YEAH, BUT, AH, IT'S A REAL OLD CAR.

INTERVIEW

DR:   IT'S A OLD ONE?

AR:   YEAH.

DR:   OK. WHEN DID YOU...WHEN WAS THE LAST TIME YOU SAW JUVI?

AR:   I SAW HIM LIKE...LIKE A WEEK...A WEEK AGO.

DR:   ABOUT A WEEK AGO?

AR:   YEAH, BUT HE JUST SEE ME AND TAKE OFF.

DR:   WHERE DID YOU SEE HIM?

AR:   I SEEN HIM ON THE STREET, SENECA.

DR:   WHERE AT?

AR:   SOUTH SENECA.

DR:   AND WHAT...

AR:   I THINK IT WAS LIKE HARRY, BY THE QUIKTRIP. HE SEE ME AND TAKE OFF, THOUGH.

DR:   OK. WHAT WAS HE DRIVING?

AR:   DRIVING THE BLACK...

DR:   THE BLACK HONDA?

AR:   YEAH.

DR:   BUT IT'S AN OLD ONE?

AR:   YEAH, A LITTLE OLD.

DR:   WHY IS HE DRIVING AN OLD JUNKIE CAR?

AR:   HUH?

DR:   WHY IS HE DRIVING AN OLD JUNKIE CAR?

AR:   I DON'T KNOW.

DR:    IF HE...HE USE TO DRIVE THAT NICE LINCOLN.

AR:    AND I...I...I DON'T EVEN TELL, YOU KNOW, HE JUST SEE ME AND TAKE OFF ALL THE TIME WHEN HE SEE ME.

DR:    WAS HE PISSED OFF WHEN YOUR...WHEN HIS COCAINE GOT TAKEN OUT OF YOUR HOUSE?

AR:    YEAH, HE DON'T EVEN BELIEVE IT, YOU KNOW.  HE DON'T BELIEVE ME.

DR:    HE THOUGHT YOU GOT...

AR:    HE THOUGHT I GOT...

DR:    YOU STOLE IT FROM HIM?

AR:    HE THOUGHT I STOLE IT FROM HIM AND I TOLD HIM NO, YOU KNOW, I TOLD HIM AND MICHELLE TOLD HIM. THEY CALL AND WE DON'T EVEN TELL MICHELLE NOTHING OR NOT, SHE WASN'T THERE.

DR:    OK.

AR:    CAUSE SHE SAID SHE WASN'T...

DR:    DID HE WANT YOU TO PAY FOR IT?

AR:    YEAH.

DR:    HOW MUCH DID HE SAY YOU OWED HIM?

AR:    HE SAID THAT...THAT IT WAS...LIKE, I THINK LIKE FORTY-FIVE HUNDRED.

DR:    FORTY-FIVE HUNDRED.

AR:    YEAH, I TOLD HIM I DON'T HAVE NO MONEY.

DR:    ALL RIGHT.

AR:    HOW I GONNA PAY IT...DOESN'T...DOES NOT EVEN, YOU KNOW...

DR:    SO YOU TOLD HIM THE POLICE TOOK IT?

AR:    I TOLD HIM THE POLICE TOOK IT.  HE...HE NOT KNOW NOTHING OF THIS RIGHT?

DR: DO WHAT?

AR: HE NOT GONNA KNOW NONE OF THIS, RIGHT?

DR: I'M NOT GONNA CALL HIM UP OR ANYTHING?

AR: OK, CAUSE, YOU KNOW…

DR: AND HE DIDN'T BELIEVE YOU WHEN YOU SAID THE POLICE TOOK IT?

AR: NO, HE DIDN'T BELIEVE ME.

DR: DID HE TELL YOU HOW MUCH IT WAS, A QUARTER KI, HALF KI? WHAT'D HE SAY IT WAS?

AR: HE SAY IT'S A…I THINK IT WAS QUARTER, I THINK.

DR: QUARTER KI?

AR: QUARTER.

DR: OK.

AR: AND I KNOW HIS GUY THAT WHO'S…COOKING IT.

DR: OH, YOU DO?

AR: HE TALKED TO ME AND EVERYTHING NICE.

DR: OK.

AR: HE GOT A COOKER AND I KNOW WHO THEY ARE. BUT I DON'T KNOW HIS LAST NAME.

DR: WHERE DOES JUVI HANG OUT?

AR: WHERE?

DR: UM-HMM (POSITIVE)

AR: I…I USE TO SEE HIM DOWN AT THE END THE STREET BUT I HAVEN'T SEEN HIM NO MORE AFTER THAT.

DR: HE GOT ANY BARS HE HANGS OUT AT? LIKE DOS DE OROS OR…

AR:  NO, NOT THAT I KNOW OF...

DR:  ...LATINO BOOM?

AR:  HE GO TO THE MEXICAN.  I THINK HE GOES TO THE, MORE
     LIKE...LIKE PLAYERS.

DR:  LIKE CLUBS AND...

AR:  YEAH, PLAYERS AND CLUBS.

DR:  OR EL ZARAPE?

AR:  YEAH.

DR:  LIKE SPORTS BARS?

AR:  THE ZARAPE (LAUGHS)?

DR:  GOOD PLACE?

AR:  YEAH, THE OWNER, THAT A GOOD ONE.

DR:  CHUY?

AR:  CHUY.  YOU KNOW HIM?

DR:  YEAH.

AR:  GOT SOMETHING FROM HIM ALREADY?  (LAUGHS)

DR:  NO.

AR:  NO.  IT'S (UNINTELLIGIBLE) ALL OVER ON THE NORTH SIDE THEY
     BEEN WORKING FOR HIM.

DR:  FOR HIM?

AR:  THAT WHY I HEAR, THOUGH.

DR:  REALLY?

AR:  YEAH.

DR:  YOU THINK HE'LL GIVE YOU ANY WORK?

AR:    YEAH, I TALKED TO HIM…IT'S CAUSE, YOU KNOW, I JUST WANT
        SOMETHING, YOU KNOW, LIKE…CAUSE I DON'T HAVE NO MONEY
        OR NOTHING.

DR:    RIGHT.

AR:    …YOU KNOW TO GET A GOOD PLACE OR SOMETHING.

DR:    UM-HMM (POSITIVE)

AR:    (UNINTELLIGIBLE), YOU KNOW, I THINK ABOUT IT, BUT…I KNOW
        PEOPLE OVER THIS, YOU KNOW, LIKE FROM, YOU KNOW, USE TO
        HANG OUT BEFORE AND PEOPLE LIKE THAT BUT I JUST
        (UNINTELLIGIBLE) I USE TO PULL THAT SHIT.

DR:    RIGHT.

AR:    KIND A MY STUPID STUFF WOULD GOT CAUGHT THE FIRST TIME
        BUT I…

DR:    RIGHT.

AR:    I USE TO, YOU KNOW…

DR:    UM-HMM (POSITIVE)

AR:    MEET BIG GUYS AND EVERYTHING.

DR:    NOW, YOU SAID YOU KNOW WHO JUVI'S GETTING HIS STUFF FROM
        OR HIS COOK OR WHAT'D YOU SAY?

AR:    I KNOW HIS COOKER.

DR:    WHO'S THAT?

AR:    HE'S A BLACK GUY.

DR:    A BLACK GUY?

AR:    YEAH.

DR:    AND HE'S THE ONE THAT TURNED IT INTO CRACK?

AR:    YEAH.

DR:     OK.

AR:     CAUSE I SAW HIM…I SAW HIM ONCE DOING THAT.

DR:     COOKING IT UP?

AR:     YEAH.

DR:     WHAT'S HIS NAME?

AR:     BROADRUS, BRAODRUS, I DON'T KNOW HOW YOU SPELLED IT.

DR:     BRODRICK?

AR:     NO, BRAUTRUS, BRACHAS, BROCHUS…

DR:     BROCHUS?

AR:     BROCHUS.

DR:     HOW DO YOU SPELL IT?  YOU DON'T KNOW HOW TO SPELL IT?

AR:     NO, BROCHUS, THEY JUST CALL HIM BROCHUS.

DR:     HOW OLD IS HE?

AR:     HE'S LIKE 40.

DR:     ABOUT 40?

AR:     YEAH.

DR:     HOW DO YOU SAY, BRO…BROSHUS?

AR:     BRO…AH, BRUSHES, I THINK IT'S B –R -, BR…BRUNCHES.

DR:     B – R…

AR:     B – R…

DR:     WOULD…..WOULD IT HELP IF YOU WROTE IT DOWN?

AR:     I DON'T KNOW (UNINTELLIGIBLE).  THAT'S HOW I SPELL IT BUT I
        DON'T KNOW (UNINTELLIGIBLE), BRACHAS.

DR:     BRACHAS?

AR: YEAH. I THINK HE'S, UH...THAT'S HIS NAME BUT I DON'T KNOW HOW TO WRITE IT?

DR: OK, WHERE DOES HE LIVE?

AR: I DON'T KNOW WHERE...HE USE TO LIVE ALL THE WAY ON EAST SIDE BUT I DON'T KNOW WHERE HE LIVES RIGHT NOW. HE USE TO LIVE IN A NICE HOUSE.

DR: OK. WHERE AT ON THE EAST SIDE?

AR: HARRY AND GREENWICH, AROUND IN THERE.

DR: HOW TALL IS HE?

AR: HE'S MORE TALL THAN ME, MAYBE LIKE 6.

DR: ABOUT 6'?

AR: ABOUT 6, A LITTLE BIT OVER 6. HE'S MORE TALL THAN (UNINTELLIGIBLE).

DR: OK, MAYBE 6'1 OR SO?

AR: YEAH. AND I TOLD JUVI I WON'T, YOU KNOW (UNINTELLIGIBLE) I WON'T TELL WHO THEY ARE.

DR: OK.

AR: YOU KNOW, AND THEN HE SAY, I WAS THE ONE THAT GET YOU OUT OF TROUBLE. I SAID, I TOLD HIM, THAT WAS YOU, MOTHER FUCKER? YEAH, I THINK SO, HE SAY. I...I...I DON'T THINK THEY'LL DO NOTHING TO ME, YOU KNOW, CAUSE HE'S (UNINTELLIGIBLE).

DR: RIGHT.

AR I'VE BEEN IN ARGUMENT WITH HIM AND SHIT.

DR: WITH THIS BRACHAS GUY?

AR: NO, WITH JUVI.

DR: WITH JUVI?

AR: AND THEN HE SAY THAT HE DON'T WANT TO (UNINTELLIGIBLE) AND I TELL HIM OK.

DR: OK.

AR: DON'T FUCKIN', GET YOUR FUCKIN' ASSES OR TO TRY TO SCARE ME AND SEND PEOPLE, YOU KNOW.

DR: OK.

AR: AND THEN AFTER...I CALL, YOU KNOW, I...I DON'T FUCKIN' (UNINTELLIGIBLE) AND HE SAY, YEAH, I KNOW, I'M LIKE, OK, WELL, YOU KNOW, I TOLD THE FUCKIN' (UNINTELLIGIBLE).

DR: UM-HMM (POSITIVE)

AR: (UNINTELLIGIBLE). FUCKIN' ME OR ARE YOU MOTHER FUCKER? AND HE SAID I DON'T THINK THEY CAN DO NOTHING TO ME.

DR: IS THAT WHAT JUVI SAID?

AR: YEAH.

DR: OK, JUST...

AR: THE ONLY TIME THAT HE'S KNOWED CAUSE MAYBE THAT, YOU KNOW, THAT BRING SOME SHIT OUT OF TOWN FOR HIM.

DR: WHO DID?

AR: AH, THEY'RE WAITING FOR SOME.

DR: WHO IS?

AR: JUVI.

DR: HE'S WAITING FOR SOME RIGHT NOW?

AR: YEAH, THAT'S THE ONLY ONE I KNOW (UNINTELLIGIBLE).

DR: WHO BRINGS IT FOR HIM?

AR: OH, I DON'T KNOW WHO BRINGS...THEY BRING IT FROM MEXICO.

DR: OK, AND HE'S WAITING ON SOME RIGHT NOW?

AR:    YEAH. THAT'S WHAT HIS BROTHER TELL ME.

DR:    JUVI'S BROTHER?

AR:    YEAH, AND I TOLD HIM, YOU KNOW, I TELL HIM, AH, I TRY TO DO SOMETHING...

DR:    WHEN DID HE TELL YOU THIS?

AR:    HAVE HIM CALL YOU OR SOMETHING?

DR:    UM-HMM (POSITIVE).

AR:    HE SAY, HEY, I BRING SOME FOR YOU OR SOMETHING. I'LL CALL YOU AND TELL YOU. I TELL YOU I WANT WITH...

DR:    RIGHT.

AR:    YOU KNOW. THEY SAY THEY...THEY THINK ABOUT IT. THEY WANT ME TO DO IT.

DR:    WHEN DID...WHEN DID HIS BROTHER SAY HE WAS WAITING ON IT? WHEN DID YOU TELL HIM THAT?

AR:    I...I ALWAYS THINK MAYBE LIKE, OH, SAY, LIKE ABOUT FOUR DAYS...THREE, FOUR DAYS.

DR:    FOUR DAYS...THREE OR FOUR DAYS AGO?

AR:    YEAH.

DR:    WHAT'S JUVI'S BROTHER'S NAME?

AR:    AH, JUAN.

DR:    JUAN WHAT?

AR:    I THINK THEY CALL WITH WHAT A...FUCKIN' WEIRD LAST NAME, SAENZ.

DR:    SAENZ?

AR:    YEAH.

DR:    WHERE'D YOU SEE HIM?

INTERVIEW

AR:    I SEE HIM ON THE SHOP.

DR:    WHAT SHOP?

AR:    THEY HAVE A LITTLE SHOP, YOU KNOW THAT.

DR:    HUH-NH (NEGATIVE).

AR:    ON SECOND AND SENECA.

DR:    SECOND AND SENECA?

AR:    YEAH.

DR:    WHAT'S THE NAME OF IT?

AR:    I DON'T KNOW SINCE ALL...ALL...

DR:    IS THAT WHERE THEY'RE BREAKING THEIR CARS DOWN AT THE SHOP?

AR:    I THINK SO.

DR:    WHERE THEIR STUFF COMES IN?

AR:    YEAH, I THINK SO.  I DON'T KNOW I'M NOT SURE BUT YOU KNOW IF YOU WANT THAT I CAN, YOU KNOW, THIS...THIS...JUAN TRUSTS ME.

DR:    IS IT SECOND AND SENECA?

AR:    SECOND AND SENECA.

DR:    OK.

AR:    JUAN TRUSTS ME, THOUGH.

DR:    JUAN DOES?

AR:    YEAH, HE DOES.

DR:    OK.  SO THREE OR FOUR DAYS AGO YOU SAW HIM AT THE SHOP?

AR:    YEAH.

DR:    AND HE SAID JUVI'S WAITING ON...ON SOME STUFF.

INTERVIEW

AR:   THEY TOLD ME THAT THEY WERE WAITING ON SOME STUFF...THAT (UNINTELLIGIBLE) I TOLD THEM THAT I CAN DRIVE IT. I TOLD HIM YOU KNOW. BUT I...I TRY TO (UNINTELLIGIBLE) SOME FOR, YOU KNOW, I TRY TO LOOK FOR YOUR, YOUR NUMBER AND ALL BUT I CAN'T BECAUSE I LOST MY WALLET.

DR:   OK. HOW MUCH IS HE WAITING ON? DID HE SAY?

AR:   THEY'RE WAITING ON SOMETHING.

DR:   HOW MUCH...HOW MUCH COKE DOES JUVIE USUALLY GET IN AT ONE TIME?

AR:   I DON'T KNOW...KILOS.

DR:   KILOS?

AR:   YEAH. THAT'S ALL I KNOW RIGHT NOW ABOUT HIM, CAUSE THEY TOLD ME, YOU KNOW. I BEEN...I'M NOT HANGING AROUND WITH THEM. I'M NOT...HE'S STILL MAD AT ME AND SHIT.

DR:   JUVI'S STILL MAD AT YOU?

AR:   YEAH.

DR:   OK.

AR:   AND I'M NOT (UNINTELLIGIBLE) YOU KNOW.

DR:   RIGHT.

AR:   HE'S...HE'S THINKING I'D DO IT.

DR:   OK. DOES HE...HOW MUCH DOES JUVI CHARGE FOR A KILO?

AR:   I THINK IT'S ABOUT...I SAY ABOUT EIGHTEEN.

DR:   EIGHTEEN, OK. WHO ARE SOME OF HIS CUSTOMERS?

AR:   HE GOT A LOT OF PEOPLE BUT I DON'T KNOW THEIR NAMES, THOUGH. HE'S NOT...HE...HE...HE HANG OUT WITH WHITE PEOPLE AND...

DR:   JUVI DOES?

INTERVIEW
CASE NO: 05C26116
PAGE: 25

AR: YEAH, AND BLACK PEOPLE. HE...HE...HE (UNINTELLIGIBLE) CUSTOMERS.

DR: DOES JUVI STILL WEAR A LOT OF GOLD CHAINS AND STUFF?

AR: YEAH. HE'S THE SAME ONE WE TALK ABOUT, RIGHT?

DR: YEAH.

AR: THE ONE THAT GOT THE GOLD TEETH.

DR: UM-HMM (POSITIVE)

AR: YEAH. YOU SEEN HIM BEFORE SOMEWHERE?

DR: YEAH, ONE TIME. SO IT WAS ABOUT THREE OR FOUR DAYS AGO THAT YOU SAW JUAN...

AR: UM-HMM (POSITIVE)

DR: AND HE SAID JUVI'S WAITING ON A CAR?

AR: YEAH, BUT...

DR: HE WANTED YOU TO DRIVE IT FOR HIM, JUAN DID?

AR: YEAH, BUT THEY DON'T TELL ME FROM WHERE, WHERE OR NOTHING. THEY SAY TO GIVE THEM A CALL ONE OF THESE DAYS, MAYBE LIKE A WEEK.

DR: OK.

AR: MAYBE THEY (UNINTELLIGIBLE).

DR: SO JUAN STILL TRUSTS YOU?

AR: YEAH.

DR: OK. AND THEY'RE WAITING FOR IT TO COME ACROSS THE BORDER?

AR: YEAH.

DR: FROM MEXICO?

AR: (UNINTELLIGIBLE) AND THEN AFTER THAT.THEY WILL HAVE TO SEND SOMEBODY TO GET IT.

DR:    SOMEBODY WILL GO DOWN…

AR:    YEAH.

DR:    LIKE TO TEXAS TO GET IT?

AR:    TEXAS OR ARI…

DR:    ARIZONA?

AR:    YEAH, SOMETHING LIKE THAT. JUAN TELL ME…I SAY, WELL, I
       DON'T HAVE NO CAR AND HE GOES, OK, YOU KNOW. HE'S
       (UNINTELLIGIBLE).

DR:    OK.

AR:    I TOLD HIM, YOU KNOW, IF YOU GIVE ME A CAR, I SAID, I JUST…I
       TRY TO LOOK FOR THE NUMBER.

DR:    RIGHT.

AR:    FOR…YOU KNOW…

DR:    FOR MY NUMBER?

AR:    YEAH. TO SEE YOU SOMEWHERE, TO TALK TO YOU WHATEVER.

DR:    UM-HMM (POSITIVE)

AR:    AND I LIKE, FUCK, AND HE'S…HE TOLD ME THE NEXT DAY, HE TOLD
       ME, HEY, IT'S READY, THIS, THAT, WHATEVER. I TOLD HIM, YEAH,
       OH, YOU, YOU KNOW, AND…AND THAT, BUT I…I'M, YOU KNOW,
       MAYBE THIS (UNINTELLIGIBLE).

DR:    OK. SO…BUT THE STUFF THAT YOU HAD IN YOUR HOUSE THAT
       NIGHT, THAT WAS JUVI'S. YOU WERE HOLDING IT…

AR:    YEAH.

DR:    YOU WERE JUST HOLDING IT FOR HIM?

AR:    YEAH.

DR:    OK.

INTERVIEW

CASE NO: 05C26116
PAGE: 27

AR:     IT WAS HIS AND THEN, I KNOW HIM, THE COOKER.  NOBODY WAS,
        YOU KNOW...

DR:     YEAH, SO YOU WERE JUST HOLDING IT AND THEN WHEN HE CAME
        BACK YOU WERE GONNA GIVE IT BACK TO HIM?

AR:     YEAH.

DR:     OK.  ALL RIGHT.  GIVE ME A SECOND.  I NEED TO GO OUT HERE FOR
        A MINUTE.  THIS IS DET. K. D. REAL, #1777.  THE TIME IS 1924 HRS.
        AUGUST 12TH, 2005.  THIS CONCLUDES THE PORTION OF THE
        INTERVIEW.  STILL IN THE ROOM ARE MYSELF AND...SAY YOUR
        NAME FOR ME ONE MORE TIME.

AR:     ANTHONY ROMERO.


SC V0697
1630 HRS. 08-18-2005

05C26116