UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff-Appellee,<br><br>vs.<br><br>ANTHONY R. ROMERO, a.k.a.<br>Victor Hugo Gonzales,<br>     Defendant-Appellant.<br>_____ | }<br>}<br>}<br>}  Case No.  06-3092<br>}<br>}<br>}<br>}<br>} |

## MOTION TO SUPPLEMENT RECORD ON APPEAL

COMES NOW appellant Anthony R. Romero, by and through his attorney, John K. Henderson, Jr., Assistant Federal Public Defender for the District of Kansas, and pursuant to Fed. R. App. P. 27 and Tenth Cir. Local Rule 27.3(A)(3), and pursuant to instructions from personnel at the United States Court of Appeals for the Tenth Circuit, hereby moves to supplement the record on appeal with the following items attached hereto:

1.     Video of police interview of Anthony R. Romero on August 2, 2005; and

2.     Transcript of police interview of Anthony R. Romero on August 2, 2005.

These documents were admitted into evidence as Defense Exhibits No. A & B during the Motion to Suppress hearing held in District Court on September 22, 2005, which is Volume II of the Record on Appeal.  However, these exhibits were admitted under seal with the Court and the original exhibits were held in custody of counsel for appellant Romero.  Counsel for appellant Romero submits the attached transcript and video as relevant and necessary to include in the appellate record as

**THIS MOTION INCLUDES ATTACHMENTS SUBMITTED SEPARATELY IN DIGITAL FORM**

they relate to the issue presently litigated before this Court.  Appellant submits this Court should have access to all pertinent records that were admitted into evidence before the district court.  The video and transcript are an important part of the record in this case.

Counsel informs the Court that he contacted counsel for the government, Brent I. Anderson, Assistant United States Attorney for the District of Kansas, to determine his position regarding this motion.  He has no objection to the motion.

Wherefore, appellant Anthony R. Romero moves this Court for an Order directing that the above-described video and transcript be made a part of the record on appeal in this case.

Respectfully submitted,


_____
JOHN K. HENDERSON, JR.


s/John K. Henderson, Jr._____
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

2

## **CERTIFICATE OF CONFERENCE**

I, hereby certify that I, John K. Henderson, Jr., attorney for defendant/appellant, did confer with Brent I. Anderson, Assistant United States Attorney, assigned to this matter, on October 4, 2006, and he does not oppose this motion.

_____
JOHN K. HENDERSON, JR.


s/John K. Henderson, Jr.
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I certify that the above and foregoing Motion to Supplement Record on Appeal

was duly mailed (Federal Express) and an electronic submission provided in digital

format was sent via e-mail to the following on this 5th day of October, 2006, to:

Original plus three copies and email to:

     Ms. Elisabeth Shumaker
     Clerk of Court
     Tenth Circuit Court of Appeals
     1823 Stout Street
     The Byron White U.S. Courthouse
     Denver, Co  80257

two copies hand delivered and one copy e-mailed to:

     Brent I. Anderson
     Assistant U.S. Attorney
     301 N. Main, Suite 1200
     Wichita, KS 67202

one copy mailed regular mail to:

     Anthony R. Romero, Reg. No. 19267-031
     c/o FCI OAKDALE
     P.O. Box 5000
     Oakdale, LA 71463

                    _____
                    JOHN K. HENDERSON, JR.

                    s/John K. Henderson, Jr._____
                    JOHN K. HENDERSON, JR.
                    Sup. Ct. No. 19022
                    Assistant Federal Public Defender
                    Federal Public Defender Office
                    301 N. Main, Suite 850
                    Wichita, KS 67202
                    Telephone: (316) 269-6445
                    Fax: (316) 269-6175
                    E-mail: John_Henderson@fd.org

## CERTIFICATE OF DIGITAL SUBMISSION

I certify the following:

1.  All required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk, and

2.  The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Symantec AntiVirus Corporate Edition, Program Versions 8.1.0.825, updated 10/4/2006 rev.9, and, according to the program, are free of viruses.

_____
JOHN K. HENDERSON, JR.


s/John K. Henderson, Jr._____
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org