UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,   }<br>    Plaintiff-Appellee,       }<br>                              }<br>    vs.                       }<br>                              }<br>ANTHONY R. ROMERO,            }<br>    Defendant-Appellant.      }<br>_____} | Case No.  06-3092 |

**SECOND MOTION FOR EXTENSION OF TIME**

COMES NOW, John K. Henderson, Jr., Assistant Federal Public Defender for the District of Kansas, and moves this Court for an Order continuing the time for filing the brief of defendant-appellant for an additional 30 days. In support of said motion, counsel states:

1. Counsel for appellant Romero informs the Court that he has previously requested and been granted a 30 day continuance in which to file appellant's brief in this case. The current deadline is July 26, 2006. This Second Request for Motion for Extension of Time is being filed at least five days before the due date, pursuant to Rule 27.4.4 of the Rules of the Court for the United States Court of Appeals for the Tenth Circuit.

2. Counsel for appellant Romero recently completed an appeal brief in USA v. Martin Edward Cole, Appeal Case No. 06-3072 and two oral arguments in USA v. Gerardo Valtierra-Rojas, Appeal Case No. 05-3390, and USA v. Ignacio Zavala, Appeal Case No. 05-3353. In addition, counsel for appellant is preparing for a jury trial in District Court in Wichita, Kansas, in USA v. James Baker, Case No.

06-10129-01 JTM. The brief in this matter is due the same date as the brief for another attorney in this office supported by the same support staff who is supporting counsel for appellant Romero.

    3. Appellant is in custody.

    4. Counsel for the government, Brent I. Anderson, does not oppose this request for extension of time to file the brief in this cause.

    5. Counsel asserts to this Court that counsel cannot, with due diligence, complete the brief in this case within the time limitations which exist at present.

    6. Counsel assures this Court that no additional requests for additional time will be necessary, and that counsel, by asking for an extension of 30 days, has not asked for any more days than is necessary to complete the brief.

    WHEREFORE, counsel for appellant requests an additional 30 days from July 26, 2006, or until August 25, 2006, in which to file appellant's brief.

                                      _____
                                      JOHN K. HENDERSON, JR.

                                      s/John K. Henderson, Jr.
                                      JOHN K. HENDERSON, JR.
                                      Sup. Ct. No. 19022
                                      Assistant Federal Public Defender
                                      Federal Public Defender Office
                                      301 N. Main, Suite 850
                                      Wichita, KS 67202
                                      Telephone: (316) 269-6445
                                      Fax: (316) 269-6175
                                      E-mail: John_Henderson@fd.org

**CERTIFICATE OF SERVICE**

    I certify that the above and foregoing Motion for Extension of Time was duly mailed (Federal Express) and an electronic submission provided in digital format was sent via e-mail to the following on this 19th day of July, 2006, to:

Original plus three copies and email to:

    Ms. Elisabeth Shumaker
    Clerk of Court
    Tenth Circuit Court of Appeals
    1823 Stout Street
    The Byron White U.S. Courthouse
    Denver, Co  80257

one copy was hand delivered and one copy e-mailed to:

    Brent I. Anderson
    Assistant U.S. Attorney
    301 N. Main, Suite 1200
    Wichita, KS 67202

one copy mailed regular mail to:

    Anthony R. Romero, Reg. No. 19267-031
    c/o FCI OAKDALE
    Federal Correctional Institution
    P.O. Box 5000
    Oakdale, LA 71463

                                              _____
                                              JOHN K. HENDERSON, JR.

                                              s/John K. Henderson, Jr.
                                              JOHN K. HENDERSON, JR.
                                              Sup. Ct. No. 19022
                                              Assistant Federal Public Defender
                                              Federal Public Defender Office
                                              301 N. Main, Suite 850
                                              Wichita, KS 67202
                                              Telephone: (316) 269-6445
                                              Fax: (316) 269-6175
                                              E-mail: John_Henderson@fd.org

**CERTIFICATE OF DIGITAL SUBMISSION**

I certify the following:

1. All required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk, and

2. The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Symantec AntiVirus Corporate Edition, Program Versions 8.1.0.825, updated 1/23/2006 rev.6, and, according to the program, are free of viruses.

                                                _____
                                                JOHN K. HENDERSON, JR.

                                                s/John K. Henderson, Jr.
                                                JOHN K. HENDERSON, JR.
                                                Sup. Ct. No. 19022
                                                Assistant Federal Public Defender
                                                Federal Public Defender Office
                                                301 N. Main, Suite 850
                                                Wichita, KS 67202
                                                Telephone: (316) 269-6445
                                                Fax: (316) 269-6175
                                                E-mail: [John_Henderson@fd.org](mailto:John_Henderson@fd.org)