UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>    vs.<br><br>ANTHONY R. ROMERO,<br>    Defendant-Appellant. | Case No.  06-3092 |

**MOTION FOR EXTENSION OF TIME**

COMES NOW, John K. Henderson, Jr., Assistant Federal Public Defender for the District of Kansas, and moves this Court for an Order continuing the time for filing the brief of defendant-appellant for an additional 30 days.  In support of said motion, counsel states:

1. No requests for additional time in which to file appellant's brief have been filed in this case.

2. Appellant's brief is due in this case on Monday, June 26, 2006.  This Motion for Extension of Time is being filed at least five days before the due date, pursuant to Rule 27.4.4 of the Rules of Court for the United States Court of Appeals for the Tenth Circuit.

3. Defendant is in custody.

4. Counsel for the government, Brent I. Anderson, does not oppose this request for extension of time to file the brief in this cause.

5. Counsel asserts to this Court that counsel cannot, with due diligence, complete the brief in this case within the time

limitations which exist at present.

    6. Counsel assures this Court that no additional requests for additional time will be necessary, and that counsel, by asking for an extension of 30 days, has not asked for any more days than is necessary to complete the brief.

    WHEREFORE, counsel for appellant requests an additional 30 days from June 26, 2006, or until July 26, 2006, in which to file appellant's brief.

```
                              _____
                              JOHN K. HENDERSON, JR.


                              s/John K. Henderson, Jr.
                              JOHN K. HENDERSON, JR.
                              Sup. Ct. No. 19022
                              Assistant Federal Public Defender
                              Federal Public Defender Office
                              301 N. Main, Suite 850
                              Wichita, KS 67202
                              Telephone: (316) 269-6445
                              Fax: (316) 269-6175
                              E-mail: John_Henderson@fd.org
```

**<u>CERTIFICATE OF SERVICE</u>**

I certify that the above and foregoing Motion for Extension of Time was duly mailed (Federal Express) and an electronic submission provided in digital format was sent via e-mail to the following on this 19th day of June, 2006, to:

Original plus three copies and email to:

    Ms. Elisabeth Shumaker
    Clerk of Court
    Tenth Circuit Court of Appeals
    1823 Stout Street
    The Byron White U.S. Courthouse
    Denver, Co  80257

one copy was hand delivered and one copy e-mailed to:

    Brent I. Anderson
    Assistant U.S. Attorney
    301 N. Main, Suite 1200
    Wichita, KS 67202

one copy mailed regular mail to:

    Anthony R. Romero, Reg. No. 19267-031
    c/o FCI OAKDALE
    Federal Correctional Institution
    P.O. Box 5000
    Oakdale, LA 71463

    _____
    JOHN K. HENDERSON, JR.


    s/John K. Henderson, Jr._____
    JOHN K. HENDERSON, JR.
    Sup. Ct. No. 19022
    Assistant Federal Public Defender
    Federal Public Defender Office
    301 N. Main, Suite 850
    Wichita, KS 67202
    Telephone: (316) 269-6445
    Fax: (316) 269-6175
    E-mail: John_Henderson@fd.org

**CERTIFICATE OF DIGITAL SUBMISSION**

I certify the following:

1. All required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk, and

2. The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Symantec AntiVirus Corporate Edition, Program Versions 8.1.0.825, updated 1/23/2006 rev.6, and, according to the program, are free of viruses.

                                              _____
                                              JOHN K. HENDERSON, JR.

                                              s/John K. Henderson, Jr.
                                              JOHN K. HENDERSON, JR.
                                              Sup. Ct. No. 19022
                                              Assistant Federal Public Defender
                                              Federal Public Defender Office
                                              301 N. Main, Suite 850
                                              Wichita, KS 67202
                                              Telephone: (316) 269-6445
                                              Fax: (316) 269-6175
                                              E-mail: John_Henderson@fd.org