# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**UNITED STATES OF AMERICA,**
    **Plaintiff-Appellee,**

vs.                                                                   No. 06-3092

(D.C. No. 05-10080-01)

**ANTHONY R. ROMERO,**
    **Defendant-Appellant.**

## MOTION TO SUPPLEMENT RECORD ON APPEAL

The United States of America, by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Brent I. Anderson, Assistant United States Attorney for said District, respectfully moves this Court for an Order directing the Clerk of the District Court for the District of Kansas to prepare, certify and transmit a supplemental record to the Court of Appeals. The requested document to be included in the record is as follows:

    1.    Motion to Suppress Evidence, Doc. 7.

In support of said motion, the United States shows the Court as follows:

    1.    Appellee's response is due to be filed with the Tenth Circuit on September 27, 2006.

2. Appellee did not determine the need for this additional document prior to reading appellant's initial brief. The requested document is relevant to Appellee's response to the arguments raised by appellant in his brief.

3. The undersigned contacted John K. Henderson, Jr., counsel for defendant, and advised him of the United States' intent to move for the inclusion of this document in the record and he does not object.

WHEREFORE, the undersigned respectfully requests that Appellee's motion to supplement the record be granted.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

_____

s/ Brent I. Anderson
Brent I. Anderson
Kan. S.Ct. No. 11611
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Tel.: (316) 269-6481
FAX: (316) 269-6484
Brent.Anderson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing <u>Motion to Supplement Record on Appeal</u> was mailed the 21st day of September, 2006, to:

John K. Henderson, Jr.
Federal Public Defenders Office
301 N. Main, Suite 850
Wichita, Kansas 67202
John_Henderson@fd.org

and the foregoing with attachments was also provided in digital format on a compact disc (or by e-mail).

Further, all required privacy redactions have been made and, with the exception of the redactions, every document submitted in digital form is an exact copy of the written document filed with the Clerk. The digital submissions have been scanned for viruses with Trend Micro Office Scan, Version 6.5, updated continuously and, according to the program, are free of viruses.

_____

s/ Brent I. Anderson
Brent I. Anderson, Kan. Bar No. 11611
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
Brent.anderson@usdoj.gov