# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 03, 2007 | Douglas E. Cressler<br>Chief Deputy Clerk |

Ms. Ingrid Campbell
United States District Court for the District of Kansas
Office of the Clerk
401 North Market Street
U.S. Courthouse
Room 204
Wichita, KS 67202-0000

**RE:     06-3092, United States v. Romero**
         Dist/Ag docket: [05-CR-10080-01-WEB]

Dear Ms. Campbell:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

                                        Sincerely,

                                        Elisabeth A. Shumaker
                                        Clerk of the Court

cc:     Brent I. Anderson
        John K. Henderson Jr.
        D. Blair Watson