# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 12, 2007

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re: Anthony R. Romero
        v. United States
        No. 07-8082
        (Your No. 06-3092)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 5, 2007 and placed on the docket December 12, 2007 as No. 07-8082.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst