# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

December 26, 2007

Douglas E. Cressler  
Chief Deputy Clerk

Honorable Terrence L. O'Brien, Circuit Judge
Honorable William J. Holloway Jr., Senior Circuit Judge
Honorable Jerome A. Holmes, Circuit Judge

**RE:    06-3092, United States v. Romero**
Dist/Ag docket: 05-CR-10080-01-WEB

Dear Judges:

The Clerk of the Supreme Court has notified us that a Petition for Writ of Certiorari was filed in this case on 12/05/2007 and assigned Supreme Court No. 07-8082.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    Wesley E. Brown
       Ingrid Campbell