# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 22, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Honorable Terrence L. O'Brien, Circuit Judge
Honorable William J. Holloway Jr., Senior Circuit Judge
Honorable Jerome A. Holmes, Circuit Judge

**RE:     06-3092, United States v. Romero**
         Dist/Ag docket: 05-CR-10080-01-WEB

Dear Judges:

We have received notice that the petition for writ of certiorari filed in this case was denied on January 14, 2008.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     District Judge Wesley E. Brown
        Ingrid Campbell